JAP:EMR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA

- against -

NATHAN R. TAUCK,

                           Defendant.

------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 10 2018 ★
LONG ISLAND OFFICE

REMOVAL TO THE
NORTHERN DISTRICT OF ILLINOIS

(Fed R. Crim. P. 5)

MJ 18-120(SIL)

EASTERN DISTRICT OF NEW YORK, SS:

      STEVEN MULLEN, being duly sworn, deposes and states that he is Special Agent with the Department of Homeland Security, duly appointed according to law and acting as such.

      On or about November 22, 2016, an arrest warrant was issued by the United States District Court for the Northern District of Illinois commanding the arrest of defendant NATHAN R. TAUCK for producing and transporting child pornography affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 2251(a), 2252A(a)(1) and 2252A(a)(5)(B).

      The source of your deponent's information and the grounds for his belief are as follows:

      1.    On or about November 22, 2016, the United States District Court for the Northern District of Illinois issued an arrest warrant for the defendant NATHAN R. TAUCK. A copy of the arrest warrant and the indictment is attached as Exhibit A.

2. On or about February 9, 2018, I received a notification that on February 10, 2018, the defendant NATHAN R. TAUCK was scheduled to arrive into John F. Kennedy International Airport ("JFK") in Queens, New York, from China on China Southern Airlines Flight Number CZ 399. On February 10, 2018, agents intercepted the defendant following his arrival at JFK.

3. The defendant's United States passport was in the name of NATHAN R. TAUCK. I compared the defendant's appearance and photograph on his identification documents to a known photograph of the individual wanted by the Northern District of Illinois, and confirmed that they appeared to be the same individual. The defendant also confirmed his own identity, matching that of the wanted individual. Additionally, his fingerprints, which were taken on February 10, 2018, also confirmed his identity.

WHEREFORE, your deponent respectfully requests that the defendant NATHAN R. TAUCK be dealt with according to law.

_____
Steven Mullen
Special Agent
Department of Homeland Security

Sworn to before me this
10th day of February, 2018

_/s/ STEVEN I. LOCKE_____
THE HONORABLE STEVEN I. LOCKE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# ATTACHMENT A

Case: 3:16-cr-50054 Document #: 5 *SEALED* Filed: 11/22/16 Page 1 of 2 PageID #:15

AO 442 (Rev. 11/11) Arrest Warrant

AUSA Michael D. Love, (815) 987-4444

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Illinois, Western Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **16CR50054** |
| v. | ) | Case No. 16 CR |
| | ) | |
| NATHAN R. TAUCK | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* NATHAN R. TAUCK, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

producing and transporting child pornography affecting interstate and foreign commerce

in violation of Title __18__, United States Code, Section(s) __2251(a), 2252A(a)(1) and 2252A(a)(5)(B)__.

Date: __November 22, 2016__

*Issuing officer's signature*

City and state: __Rockford, Illinois__

__IAIN D. JOHNSTON, U.S. MAGISTRATE JUDGE__
*Printed name and title*

Bail fixed at $ _____ by _____
*Name of Judicial Officer*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: __NATHAN R. TAUCK__

Known aliases: _____

Last known residence: __1213 Revell Avenue, Apartment No. 1, Rockford, IL 61104__

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: __March 5, 1991__

Social Security number: __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__

Height: _____  Weight: _____

Sex: __Male__  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: __54919XD5__

Complete description of auto: _____

Investigative agency and address:
__Homeland Security Investigations, 1 Tower Lane, Suite 1600, Oakbrook Terrace, IL 60181, (630) 574-4727__

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

**FILED**

**NOV 22 2016**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

**JUDGE REINHARD**

**MAGISTRATE JUDGE JOHNSTON**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **16 CR 50054** |
| ) | |
| v. ) | |
| ) | Violations: Title 18, United |
| NATHAN R. TAUCK ) | States Code, Sections 2251(a), |
| ) | 2252A(a)(1) and 2252A(a)(5)(B) |

**COUNT ONE**

The NOVEMBER 2015 GRAND JURY charges:

In or about September or October 2015, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

NATHAN R. TAUCK,

defendant herein, did knowingly use, persuade, induce, entice, and coerce a minor, namely, Victim A, to engage in sexually explicit conduct, namely, the lascivious exhibition of the minor's genitals and pubic area, for the purpose of producing a visual depiction of the sexually explicit conduct, knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so;

In violation of Title 18, United States Code, Section 2251(a).

1

## COUNT TWO

The NOVEMBER 2015 GRAND JURY further charges:

On or about October 5, 2015, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

NATHAN R. TAUCK,

defendant herein, using a means and facility of interstate and foreign commerce and in and affecting interstate commerce by any means, namely, the Internet, knowingly transported and caused to be transported child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), namely, an electronically stored file titled "bd068547661a809ee5a2ac5af3555031.jpg";

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT THREE

The NOVEMBER 2015 GRAND JURY further charges:

On or about June 13, 2015, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

NATHAN R. TAUCK,

defendant herein, using a means and facility of interstate and foreign commerce and in and affecting interstate commerce by any means, namely, the Internet, knowingly transported and caused to be transported child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), namely, an electronically stored file titled "56f0c5cb1d7c186005d25fd857d3c9a9c4ce4ab8";

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT FOUR

The NOVEMBER 2015 GRAND JURY further charges:

On or about June 3, 2015, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

### NATHAN R. TAUCK,

defendant herein, using a means and facility of interstate and foreign commerce and in and affecting interstate commerce by any means, namely, the Internet, knowingly transported and caused to be transported child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), namely, an electronically stored file titled "f46bec68c4ba8e86652b786c0d1a5bab5e6b0d61";

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT FIVE

The NOVEMBER 2015 GRAND JURY further charges:

On or about June 29, 2015, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

### NATHAN R. TAUCK,

defendant herein, using a means and facility of interstate and foreign commerce and in and affecting interstate commerce by any means, namely, the Internet, knowingly transported and caused to be transported child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), namely, an electronically stored file titled "4020506d82975b5f88e7e3b88f4074ce4764f9b1";

In violation of Title 18, United States Code, Section 2252A(a)(1).

## FORFEITURE ALLEGATION

The NOVEMBER 2015 GRAND JURY further alleges:

1. The allegations in Counts One through Five of this Indictment are realleged here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Sections 2251 and 2252A, as alleged in the foregoing Indictment,

NATHAN R. TAUCK,

defendant herein, shall forfeit to the United States any and all right, title and interest defendant has in any matter that contains visual depictions described in Title 18, United States Code, Sections 2251and 2252A; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the said violations, including, but not limited to,

   a. Toshiba Satellite laptop computer, model A665-S6095, with serial number XA362258K; and

   b. Western Digital hard drive, model WD5000BPVT-00HXZT1, with serial number WXU1CA1U3510;

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY

6